**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUNICE OJO, Administratrix of THE ESTATE OF EMMANUEL OJO, <br><br> Plaintiff, <br><br> v. <br><br> CLARKS SUMMIT HOSPITALITY, LLC d/b/a NICHOLS VILLAGE HOTEL AND SPA, and NICHOLS VILLAGE MOTOR INN, INC. d/b/a THE INN AT NICHOLS VILLAGE, <br><br> Defendants. | CIVIL ACTION NO. 3:17-cv-01064 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 7th day of July, 2017, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file a second amended complaint within **seven (7) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge